UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:16-cr-00024-2

**United States of America**

v.

**Charles Hordavis McNeary**

Before BARKER, *District Judge*

## ORDER

Before the court is the report and recommendation of United States Magistrate Judge K. Nicole Mitchell. Doc. 89. The report addresses defendant's plea of true to allegation 1 of the government's petition to revoke defendant's supervised release. Allegation 1 states that defendant violated the condition of his supervised release requiring him to refrain from any unlawful use of a controlled substance.

On May 29, 2020, Judge Mitchell held a final revocation hearing. The defendant pleaded "true" to allegation 1. Judge Mitchell recommends that the court accept the defendant's plea of true and revoke defendant's supervised release. The parties waived their right to file objections to the findings of fact and recommendation. The defendant additionally waived his right to be present and speak before the district judge imposes the recommended sentence. Doc. 88.

Accordingly, the findings and recommendation are **adopted**. The court now **accepts** defendant's plea of true to allegation 1 and **revokes** defendant's supervised release.

The court **orders** that defendant, Charles Hordavis McNeary, be sentenced to five (5) months of imprisonment with no further supervised release.

*So ordered by the court on June 4, 2020.*

_____
J. CAMPBELL BARKER
United States District Judge